**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00502-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON DAVID PAYAN-NUNEZ
    a/k/a David Nunez
    a/k/a Ramon Rayan Nunez

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 3, 2019, in the State and District of Colorado, the defendant, RAMON DAVID PAYAN-NUNEZ, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about November 4, 2011 and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

A TRUE BILL:

Ink Signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By: *s/Dorothy R. DiPascali*
DOROTHY R. DIPASCALI
Special Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0405
E-mail:  Dorothy.Dipascali@usdoj.gov
Attorney for Government